1  Ryan E. Hatch (SBN 235577)
   **HATCH LAW PC**
2  13323 Washington Blvd., Suite 302
   Los Angeles, CA 90066
3  Telephone: 310-279-5076
   ryan@hatchlaw.com
4
   Alan D. Sege (SBN 177350)
5  **ALAN SEGE, ESQ. PC**
   13323 Washington Blvd., Suite 302
6  Los Angeles, CA 90066
   Telephone: 310-957-3301
7  alan@alansege.com

8  *Attorneys for Plaintiff and Counterclaim Defendant Actian Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ACTIAN CORPORATION | Case No. 3:23-cv-05815-WHO |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| MIRION TECHNOLOGIES (CANBERRA), INC. | |
| Defendant. | |
| MIRION TECHNOLOGIES (CANBERRA), INC. | |
| Counterclaim Plaintiff, | |
| v. | |
| ACTIAN CORPORATION | |
| Counterclaim Defendant. | |

WHEREAS the parties to this action have resolved the lawsuit under the terms of a confidential settlement agreement (the "Settlement Agreement").

NOW THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant Actian Corporation and Defendant and Counterclaim Plaintiff Mirion Technologies (Canberra), Inc. hereby stipulate and agree to dismiss all remaining claims and counterclaims asserted in this action with prejudice, each party to bear its own attorneys' fees, expenses and costs, with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: April 11, 2024

*/s/ Ryan E. Hatch*
Ryan E. Hatch
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
(310) 279-5076 Telephone
(310) 693-5328 Facsimile
ryan@hatchlaw.com

*/s/ Alan Sege*
Alan Sege
**ALAN SEGE ESQ., PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
(310) 957-3301 Telephone
alan@alansege.com
*Attorneys for Plaintiff Actian Corporation Counterclaim Defendant*

Dated: April 11, 2024

*/s/ Dee A. Ware*
Dee A. Ware
Pamela K. Fulmer
**TACTICAL LAW GROUP LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 287-2813 Telephone
dware@tacticallawgroup.com
pam@tacticallawgroup.com

*Attorneys for Defendant and Counterclaim Plaintiff Mirion Technologies (Canberra), Inc.*

1  **IT IS SO ORDERED** this 11th day of April, 2024.

*[Signature]*

The Honorable William H. Orrick United States District Judge

### ATTESTATION UNDER CIVIL LOCAL RULE 5- 1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories to this document have concurred in its filing.

/s/Ryan E. Hatch
Ryan E. Hatch

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2024, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

By: /s/ *Ryan E. Hatch*
Ryan E. Hatch